UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT MILLS** | * | CIVIL ACTION |
| | * | |
| | * | NO. 2:17-CV-03744-MLCF-JCW |
| **VERSUS** | * | |
| | * | SECTION F |
| **HARTFORD LIFE AND ACCIDENT** | * | |
| **INSURANCE COMPANY** | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice filed by Plaintiff Robert Mills and Defendant Hartford Life and Accident Insurance Company. Having considered the motion, the Court finds that it is well taken and due to be GRANTED.

IT IS ORDERED, that Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, with each party bearing its own costs.

Done this the  5th  day of    March    2018

_____
UNITED STATES DISTRICT COURT JUDGE

04355827.1